# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BRAD D. ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-CV-305-GKF-FHM |
| | ) |
| (1) STATE FARM MUTUAL AUTO INSURANCE COMPANY, a foreign corporation, | ) ) ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, by and through their attorneys of record, F. Michael McGranahan on behalf of the Plaintiff, and Defendant's counsel, John S. Gladd and J. Andrew Brown and would show the Court that this matter has been compromised and settled and, therefore, move the Court for an Order Of Dismissal With Prejudice.

/s/ F. Michael McGranahan
F. Michael McGranahan, OBA #11424
Attorney at Law
1861 East 15th Street
Tulsa, OK 74104
Tele: (918) 747-4600
*Attorney for Plaintiff*

/s/ John S. Gladd
John S. Gladd, OBA #12307
ATKINSON, HASKINS, NELLIS,
BRITTINGHAM, GLADD & FIASCO
525 South Main Street, Suite 1500
Tulsa, Oklahoma 74103-4524
Tele: (918) 582-8877
Fax: (918) 585-8096
*Attorney for Defendant State Farm*